IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-10914-399 |
| | ) | Chapter 13 |
| Thomas & Carol Johnson, | ) | |
| Debtor(s). | ) | re: doc 42 |
| | ) | **Order To Objection To Claim** |
| | ) | Filed by: Debtor(s) |
| | ) | |
| | ) | Lesley Dormeyer, #59877MO |

## CERTIFICATE OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of the Debtor's Objection to Claim in accordance with Local Bankruptcy Rules have been served with the foregoing Objection and the time for response has passed. No responses in opposition have been filed or any responses in opposition have been resolved. Movant request the Court enter the proposed order.

Dated: 07/02/2014           /s/LesleyDormeyer
                            LESLEY DORMEYER, 59877MO
                            1416 N. Kingshighway
                            Cape Girardeau, MO 63701
                            (573) 332-1001
                            (573) 332-1077 (fax)
                            LesleyDormeyer@yahoo.com

## ORDER TO OBJECTION TO CLAIM

There being no objections filed to the Debtor's Objection to Claim #18-1 on or before the response deadline, it appears that the Objection shall be granted. Notice of the Objection was provided to the creditors, Office of U.S. Trustee and the Chapter 13 Trustee. Therefore by default; it is

**ORDERED** that the Objection to Claim is hereby **SUSTAINED** in that Claim No. 18-1, filed by Insolve Recovery, LLC is hereby **DENIED.**

DATED:  Jul 02, 2014                                _/s/ Barry S. Schermer_
St. Louis, Missouri                                 Barry S. Schermer
wma                                                 United States Bankruptcy Judge

Copies mailed to:

InSolve Recovery, LLC
c/o Capital Recovery Group, LLC
Dept 3203
PO box 123203
Dallas, TX 75312-3203

**John V. LaBarge Jr.,**
Chapter 13 Trustee
PO Box 430908
St. Louis MO 63143-0908

**Lesley M. Dormeyer**
1416 N. Kingshighway
Cape Girardeau, MO 63701

**Thomas Franklin Johnson**
239 Edmundson Street
Sikeston, MO 63801

**Carol LaRue Johnson**
239 Edmundson Street
Sikeston, MO 63801